UNITED STATES of America v. Anthony LA BARBERA, etc., et al.

UNITED STATES of America v. M. WENZ & CO.

UNITED STATES of America v. TALMADGE MFG. CO. et al.

UNITED STATES of America v. Jacob ZINS-MEISTER, etc.

UNITED STATES of America v. Frank K. GEISZL.

Nos. 5370–5374.

Circuit Court of Appeals, Seventh Circuit.
July 9, 1935.

Michael L. Igoe, of Chicago, Ill., for the United States.

Egbert Robertson and Eugene P. Kealy, both of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and AL-SCHULER, Circuit Judges.

PER CURIAM.

Now comes M. L. Igoe, United States attorney for the Northern district of Illinois, on motion to dismiss the above-entitled cause without payment of costs, pursuant to written authority received from the Attorney General of the United States, dated June 29, 1935, in view of the acceptance of the offer in compromise submitted by the defendants appellees.

It is therefore ordered, adjudged, and decreed that the above-entitled cause be, and is hereby, dismissed, without costs.

UNITED STATES of America, Appellant, v.
Walter S. SULLIVAN, Appellee.
No. 7950.

Circuit Court of Appeals, Ninth Circuit.
Aug. 19, 1935.

See, also, 74 F.(2d) 799.

J. A. Carver, U. S. Atty., and E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., all of Boise, Idaho, for the United States.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.